cient evidence that Defendant "knowingly" exposed his genitals under circumstances Defendant knew would cause affront or alarm.

We have reviewed the briefs of the parties, the legal file and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no jurisprudential value. Judgment affirmed in accordance with Rule 30.25(b).

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. Upon *de novo* review, we find no genuine issue of material fact or error of law. An extended opinion would have no precedential value.

Judgment affirmed pursuant to Rule 84.16(b).

■

Willie WATSON, Appellant,

v.

Melvin SANDERS, et al., Respondents.

No. ED 75544.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 12, 1999.

Nelson Lewis Mitten, James O. Hacking, Clayton, for appellant.

Donald L. James, St. Louis, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, and LAWRENCE E. MOONEY, JJ

ORDER

PER CURIAM.

Willie Watson appeals from the trial court's judgment granting a motion for summary judgment filed by Defendants Melvin Sanders, et al.

■

STATE of Missouri, Respondent,

v.

Cedric Lamar BURTON, Appellant.

No. ED 75467.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 12, 1999.

Amy M. Bartholow, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, J. and MARY K. HOFF, J.

ORDER

PER CURIAM.

Cedric Lamar Burton (Defendant) appeals from the judgment entered following his jury conviction for first degree robbery in violation of section 569.020, RSMo 1994. Defendant contests the sufficiency of the